UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

STEWARD J. LEONARD, ET AL.             *        ~~CRIMINAL~~ *C V* NO. 03-2250(DRD)
                                        *
        Plaintiffs,                     *
                                        *
v                                       *
                                        *
HUMACAO GLASS & ALUMINUM               *
CONTRACTORS, INC., ET AL.               *
                                        *
        Defendants.                     *

---

### ORDER

The court received the Mediator José W. Cartagena's invoice covering the period from October 2004 through January 2005. The parties were granted ten days to file any objection to the Mediator's invoice, (Docket No. 35).  No objections have been received by the court.  The court orders the Clerk of the court to proceed with the payment of the Mediator's invoice dated January 20, 2005 in the amount of $2,193.75 and to return any excess monies to the parties in equal amounts. Payment is to be made from the moneys deposited by the parties. Copy of the Mediator José W. Cartagena's invoice is attached to this order.

**IT IS SO ORDERED.**

At San Juan, Puerto Rico, this 25 day of May 2005.

**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**