# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

STEWARD J. LEONARD
Plaintiffs

v.                                                CIVIL NO. 03-2250 (DRD)

HUMACAO GLASS &
ALUMINUM CONTRACTORS INC., et als.,
Defendants

### Mediator's Invoice

Comes now José W. Cartagena and respectfully submits his invoice for mediator services in this matter:

2004

| Date | Description | Hours |
|---|---|---|
| 29 Oct | Review case file, pleadings, discovery, correspondence | 2.00 |
| 1 Nov | Prepare for and attendance at pre-mediation conference | 2.25 |
| 17 Nov | Conference Atty G. González | 1.25 |
| 23 Nov | Conference Messrs Guerrero and Rivera | 1.00 |
| 10 Dec | Conference Attys González and Guerrero | 1.50 |

2005

| Date | Description | Hours |
|---|---|---|
| 4 Jan | Fax Atty Guerrero | 0.25 |
| 11 Jan | Telephone Atty Guerrero | 0.25 |
| 12 Jan | Telephone Atty González | 0.25 |
| 13 Jan | Telephone Atty Guerrero | 0.25 |
| 17 Jan | Communications with Attys González and Guerrero | 0.25 |
| 18 Jan | Communications with Attys González and Guerrero, final mediator's report | 0.50 |

9.75 hours @ $225.00                                    $2,193.75

In San Juan, Puerto Rico, this 20th day of January, 2005.

José W. Cartagena Bar No 119201
Court Appointed Mediator
701 Ponce de León Suite 401
San Juan PR 00907-3248
Telephone 787-729-9444
Fax 787-729-9446
e-mail jwc@jwcartagena.com